UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL SALLOUM,

    Plaintiff,

v.

    Case No. 19-cv-13505
    Hon. Matthew F. Leitman

CHARLES KABLE IV, *et al.*,

    Defendants.
_____/

### ORDER TERMINATING WITHOUT PREJUDICE DEFENDANTS' INITIAL MOTION TO DISMISS (ECF No. 8)

On November 26, 2019, Plaintiff Samuel Salloum filed this action against Defendant Charles Kable IV and others. (*See* Compl., ECF No. 1.) In the Complaint, Salloum alleged that he was wrongfully placed in the federal government's Terrorist Screening Database and that as a result of that placement, he was subjected to additional screenings and interrogations when travelling. (*See id.*) On February 12, 2020, Defendants filed a motion to dismiss Salloum's claims. (*See* Mot., ECF No. 8.)

The Court entered an order on February 18, 2020, in which it provided Salloum an opportunity to file an Amended Complaint to address the purported defects in the Complaint. (*See* Order, ECF No. 9.) The Court informed the parties

that if Solloum filed such an Amended Complaint, it would terminate Defendants' initial motion to dismiss as moot. (*See id.*)

Solloum has now filed an Amended Complaint. (*See* Am. Compl., ECF No. 10.) And Defendants have filed a renewed motion to dismiss the Amended Complaint. (*See* Mot. to Dismiss Am. Compl., ECF No. 12.) Accordingly, the Court **TERMINATES AS MOOT AND WITHOUT PREJUDICE** Defendants' initial motion to dismiss (ECF Nos. 8).

**IT IS SO ORDERED**.

Dated: May 28, 2020

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 28, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764