UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL SALLOUM,

    Plaintiff,

v.

                                        Case No. 19-cv-13505
                                        Hon. Matthew F. Leitman

CHARLES KABLE IV, *et al.*,

    Defendants.
_____/

## ORDER ON STATUS CONFERENCE

On April 7, 2021, the Court held an on-the-record video status conference with counsel for all parties. For the reasons discussed with counsel during the status conference, **IT IS HEREBY ORDERED** that Defendants shall compile an administrative record comprised of: (1) any factual materials Defendants considered in determining—*arguendo*—that Plaintiff Samuel Salloum should be placed in the Terrorist Screening Database (the "TSDB") (if applicable); (2) factual materials considered in connection with any searches and seizures of Salloum's electronic devices or his person by Defendants; and (3) materials considered with respect to TSDB placement procedures. Defendants shall produce that administrative record to Salloum by no later than **June 7, 2021**. If the administrative record contains any information, such as classified information, that may only be submitted to the Court *ex parte* and *in camera*, Defendants shall submit that information to the Court by no

1

later than **June 7, 2021**, and shall inform Salloum that it has provided such information to the Court. Salloum shall have until **September 7, 2021**, to review available portions of the administrative record and to meet and confer with the Defendants in an attempt to resolve any disputes related to the administrative record. Salloum may extend this period for 30 additional days if necessary.

After this period of review, the Court will hold an on-the-record status conference with counsel to discuss next steps in this action. During that status conference, the Court will discuss, among other things, (1) any issues related to classified materials, (2), whether the administrative record needs to be supplemented, and (3) whether it is appropriate to allow additional discovery in this action. Nothing in this order shall be read as foreclosing either party from seeking supplementation of the administrative record and/or requesting additional discovery after the administrative record is compiled and presented to Salloum.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
Dated: April 7, 2021          UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 7, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764