# INDEX TO THE PUBLIC PORTION OF THE ADMINISTRATIVE RECORD ("PAR")

## Explanatory Declarations

| | |
|---|---|
| **TAB A** | Declaration of Jason V. Herring, Deputy Director for Operations, Terrorist Screening Center (redacted version) |
| **TAB B** | Declaration of Michael Turner, Executive Director of Vetting, Intelligence & Analysis Office, Transportation Security Administration (redacted version) |
| **TAB C** | Declaration of Deborah O. Moore, Director, DHS Traveler Redress Inquiry Program & Branch Manager, Transportation Security Redress Branch, Civil Rights and Liberties, Ombudsman & Traveler Engagement, Transportation Security Administration |
| **TAB D** | Declaration of Diane Sabatino, Deputy Executive Assistant Commissioner, Office of Field Operations, U.S. Customs and Border Protection (redacted version) |

## Administrative Record Documents

### TSC Documents

| PAR Number | Bates Numbers | Description |
|---|---|---|
| PAR 1 | SALLOUM-TSC-00001-000010 | Overview of the U.S. Government's Watchlisting Process and Procedures ("Overview Document"), September 2020 |
| PAR 2 | SALLOUM-TSC-00011 | Homeland Security Presidential Directive 6 |
| PAR 3 | SALLOUM-TSC-00012-00054 | Homeland Security Presidential Directive 11 |
| PAR 4 | SALLOUM-TSC-00055-000057 | Executive Order 13388 |
| PAR 5 | SALLOUM-TSC-00058-00070 | MOU on the Integration and Use of Screening Information to Protect against Terrorist (Redacted) |
| PAR 6 | SALLOUM-TSC-00071-00075 | DOJ Memo re DOJ Protocol Regarding Terrorist Watchlist Nominations (Redacted) |
| PAR 7 | SALLOUM-TSC-00076-00077 | TSC Implementation of TSDB USPER Six Month Timer (Redacted) |
| PAR 8 | SALLOUM-TSC-00078-00079 | Letter from Leonard C. Boyle, Director, Terrorist Screening Center, re: Memorandum of Understanding (MOU) Regarding Terrorist Watchlist Redress Procedures |
| PAR 9 | SALLOUM-TSC-00080-000101 | MOU Regarding Terrorist Watchlist Redress Procedures |
| PAR 10 | SALLOUM-TSC-00102-00108 | U.S. Government Redress Implementation Plan (Redacted) |

| | | |
|---|---|---|
| PAR 11 | SALLOUM-TSC-00109-00137 | TSC Redress Program Standard Operating Procedures (Redacted) |
| PAR 12 | SALLOUM-TSC-00138-00169 | TSC Redress Program Standard Operating Procedures (Redacted) |
| PAR 13 | SALLOUM-TSC-00170-00192 | TSDB Privacy Impact Assessment (Redacted) |
| PAR 14 | SALLOUM-TSC-00193-00209 | TSDB Privacy Threshold Analysis (Redacted) |
| PAR 15 | SALLOUM-TSC-00210-00226 | MOU between TSC and TSA re: Use of Terrorist Information (Redacted) |
| PAR 16 | SALLOUM-TSC-00227-00231 | Addendum B to the MOU between TSC and TSA re Use of Terrorist Information |
| PAR 17 | SALLOUM-TSC-00232-00247 | MOU between TSC and DHS re: The Secure Flight Program (Redacted) |
| PAR 18 | SALLOUM-TSC-00248-00258 | MOU between TSC and DHS re: Screening for Immigration Benefits (Redacted) |
| PAR 19 | SALLOUM-TSC-00259-00264 | MOU between TSC and the Overseas Private Investment Corporation re: Terrorist Screening (Redacted) |
| PAR 20 | SALLOUM-TSC-00265-00283 | TSC (Groh) Declaration in support of Motion for Summary Judgment, *Elhady, et al. v. Kable*, et al., No. 16-cv-375 (EDVA) |
| PAR 21 | SALLOUM-TSC-00284-00303 | FBI (Orlando) Declaration in Support of Motion for Summary Judgment, *Elhady, et al. v. Kable*, et al., No. 16-cv-375 (EDVA) |
| PAR 22 | SALLOUM-TSC-00304-00314 | FBI (Rago) Declaration in Support of Motion for Summary Judgment, *Elhady, et al. v. Kable*, et al., No. 16-cv-375 (EDVA) |
| PAR 23 | SALLOUM-TSC-00315-00319 | FBI (Stark-Nutter) Declaration in Support of Motion for Summary Judgment, *Elhady, et al. v. Kable*, et al., No. 16-cv-375 (EDVA) |
| PAR 24 | SALLOUM-TSC-00320-00333 | DHS TRIP (Moore) Declaration in support of Motion for Summary Judgment, *Elhady, et al. v. Kable*, et al., No. 16-cv-375 (EDVA) |
| PAR 25 | SALLOUM-TSC-00334-00368 | TSA (Froemling) Declaration in support of Motion for Summary Judgment, *Elhady, et al. v. Kable*, et al., No. 16-cv-375 (EDVA) |
| PAR 26 | SALLOUM-TSC-00369-00379 | CBP (Howe) Declaration in support of Motion for Summary Judgment, *Elhady, et al. v. Kable*, et al., No. 16-cv-375 (EDVA) |
| | | |

**TSA & DHS Documents**

| PAR Number | Bates Numbers | Description |
| --- | --- | --- |
| PAR 27 | SALLOUM-DHS-TSA-000001-000022 | DHS Privacy Impact Assessment (PIA) for the Watchlist Service, dated July 14, 2010 |
| PAR 28 | SALLOUM-DHS-TSA-000023-000027 | DHS PIA for the Watchlist Service, dated July 19, 2011 |
| PAR 29 | SALLOUM-DHS-TSA-000028-000035 | DHS PIA for the Watchlist Service, dated December 1, 2014 |
| PAR 30 | SALLOUM-DHS-TSA-000036-000042 | DHS PIA for the Watchlist Service, dated May 5, 2016 |
| PAR 31 | SALLOUM-DHS-TSA-000043-000050 | DHS PIA for the Watchlist Service, dated July 10, 2020 |
| PAR 32 | SALLOUM-DHS-TSA-000051-000057 | Written testimony of TSA Office of Intelligence Assistant Administrator Steve Sadler, dated Sept. 18, 2014 |
| PAR 33 | SALLOUM-DHS-TSA-000058-000062 | DHS Systems of Records Notice (SORN), DHS Redress and Response Records System, dated Jan. 18, 2007 |
| PAR 34 | SALLOUM-DHS-TSA-000063-000065 | DHS SORN, Use of the Terrorist Screening Database (TSDB), April 24, 2016 |
| PAR 35 | SALLOUM-DHS-TSA-000066-000650 | The 9/11 Commission Report, July 22, 2004 |
| PAR 36 | SALLOUM-DHS-TSA-000651-000675 | PIA for the DHS Traveler Redress Inquiry Program (DHS TRIP), January 18, 2007 |
| PAR 37 | SALLOUM-DHS-TSA-000676-000702 | PIA, Secure Flight Program, Oct. 21, 2008 |
| PAR 38 | SALLOUM-DHS-TSA-000703-000752 | Final Rule, Secure Flight Program, Oct 28, 2008 |
| PAR 39 | SALLOUM-DHS-TSA-000753-000763 | TSA Management Directive (MD) 100.4, Transportation Security Searches January 25, 2012 |
| PAR 40 | SALLOUM-DHS-TSA-000764-000779 | Notice of Public Rule Making (NPRM), Passenger Screening Using Advanced Imaging Technology (AIT), March 26, 2013 |
| PAR 41 | SALLOUM-DHS-TSA-000780-000822 | Final Rule, Passenger Screening Using AIT, March 3, 2016 |

| | | |
|---|---|---|
| PAR 42 | SALLOUM-DHS-TSA-000823-000856 | Declaration of Hao-y Froemling, March 11, 2019; Anas Elhady, et al. v. Charles H. Kable, et al., Case 1:16-cv-375 |
| PAR 43 | SALLOUM-DHS-TSA-000587 | National Terrorism Advisory System Bulletin, May 14, 2021 |
| PAR 44 | SALLOUM-DHS-TSA-000858-000861 | DHS TRIP Website (www.dhs.gov), Step 1: Should I Use DHS TRIP?, May 24, 2021 |
| PAR 45 | SALLOUM-DHS-TSA-000862-000866 | DHS TRIP Website (www.dhs.gov), Step 2: How to Use DHS TRIP?, May 24, 2021 |
| PAR 46 | SALLOUM-DHS-TSA-000867-000869 | DHS TRIP Website (www.dhs.gov), Step 3: Tracking Your Inquiry, May 24, 2021 |
| PAR 47 | SALLOUM-DHS-TSA-000870-000872 | TSA Website (www.tsa.gov) Security Screening: Carry-On Baggage Screening, May 24, 2021 |
| PAR 48 | SALLOUM-DHS-TSA-000874-000875 | TSA Website (www.tsa.gov), Security Screening: Checked Baggage Screening, May 24, 2021 |
| PAR 49 | SALLOUM-DHS-TSA-000877-000878 | TSA Website (www.tsa.gov), Security Screening: International Flights, May 24, 2021 |
| PAR 50 | SALLOUM-DHS-TSA-000879-000881 | TSA Website (www.tsa.gov), Security Screening: Pat-down Screening, May 24, 2021 |
| PAR 51 | SALLOUM-DHS-TSA-000882-000884 | TSA Website (www.tsa.gov), Security Screening: Screening Technology, May 24, 2021 |
| PAR 52 | SALLOUM-DHS-TSA-000885-000886 | TSA Website (www.tsa.gov), Security Screening: Secure Flight, May 24, 2021 |
| PAR 53 | SALLOUM-DHS-TSA-000887-000889 | TSA Website (www.tsa.gov), Security Screening: Standard and TSA PreCheck Screening, May 24, 2021 |
| PAR 54 | SALLOUM-DHS-TSA-000890-000953 | Plaintiff's DHS TRIP records (redacted) |

**CBP Documents**

| PAR Number | Bates Numbers | Description |
|---|---|---|
| PAR 55 | SALLOUM-CBP-000001-000103 | Plaintiff's TECS records |
| PAR 56 | SALLOUM-CBP-000104-000115 | CBP Directive No. 3340-049A Border Search of Electronic Devices (January 4, 2018) |

4

| | | |
|---|---|---|
| PAR 57 | SALLOUM-CBP-000116-000117 | Inspection of Electronic Devices Tear Sheet |
| PAR 58 | SALLOUM-CBP-000118-000127 | CBP Directive No. 3340-049 (August 20, 2009) |
| PAR 59 | SALLOUM-CBP-000128-000149 | CBP Border Searches of Electronic Devices DHS/CBP/PIA-0008(a) (January 2, 2018) |
| PAR 60 | SALLOUM-CBP-000150-000200 | Privacy Impact Assessment for the Border Searches of Electronic Devices (August 25, 2009) |
| PAR 61 | SALLOUM-CBP-000201-000205 | U.S. Senate HSGAC: Written Statement for the Record of U.S. Customs and Border Protection for a Hearing Entitled "Examining Warrantless Smartphone Searches at the Border (July 11, 2018) |
| PAR 62 | SALLOUM-CBP-000206-000216 | Written testimony of CBP Office of Field Operations Executive Assistant Commissioner Todd Owen for a House Committee on Homeland Security, Subcommittee on Transportation and Protective Security hearing titled "Raising the Standard: DHS's Efforts to Improve Aviation Security Around the Globe." |
| PAR 63 | SALLOUM-CBP-000217-000220 | CBP Policy on Nondiscrimination in Law Enforcement Activities and all other Administered Programs (February 4, 2018) |
| PAR 64 | SALLOUM-CBP-000221-000224 | DHS Policy 140-12: Information Regarding First Amendment Protected Activities (May 17, 2019) |
| PAR 65 | SALLOUM-CBP-000225-000267 | Privacy Impact Assessment for TECS System: Platform DHS/CBP/PIA-021 (August 12, 2016) |
| PAR 66 | SALLOUM-CBP-000268-000379 | Privacy Impact Assessment for the Automated Targeting System DHS/CBP/PIA-0006(e) (January 13, 2017, Addendum Update May 2021) |
| PAR 67 | SALLOUM-CBP-000380-000419 | Privacy Impact Assessment for Automated Targeting System DHS/CBP/PIA-0006(b) (June 1, 2012) |
| PAR 68 | SALLOUM-CBP-000420-000421 | Memo: Border Search of Electronic Devices – Field Guidance (January 12, 2018) (redacted) |
| PAR 69 | SALLOUM-CBP-000422-000423 | Muster: Border Search of Electronic Devices – Field Guidance (January 12, 2018) (redacted) |
| PAR 70 | SALLOUM-CBP-000424-000427 | Memo and Muster: Expansion and Enhancement of DOCEX Program (April 28, 2015) (redacted) |
| PAR 71 | SALLOUM-CBP-000428-000456 | Document and Media Exploitation Pilot Program DOMEX Training PowerPoint (redacted) |

| | | |
|---|---|---|
| PAR 72 | SALLOUM-CBP-000457-000479 | Privacy Impact Assessment Update for CBP Border Searches of Electronic Devices DHS/CBP/PIA-008(a) (January 4, 2018) (redacted) |
| PAR 73 | SALLOUM-CBP-000480-488 | U.S. Senate HSGAC: Briefing April 30, 2018 Document (redacted) |