# PAR 16

UNCLASSIFIED//FOR OFFICIAL USE ONLY

# ADDENDUM B
# TO THE
# MEMORANDUM OF UNDERSTANDING
# BETWEEN
# THE TRANSPORTATION SECURITY ADMINISTRATION
# AND
# THE TERRORIST SCREENING CENTER
# REGARDING
# THE USE OF TERRORIST INFORMATION
# FOR SECURITY THREAT ASSESSMENT PROGRAMS

**BACKGROUND.** This Addendum (Addendum B) amends the Memorandum of Understanding Regarding the Use of Terrorist Information for Security Threat Assessment Programs, dated May 12, 2006 ("the MOU"), by adding Paragraph Q to Appendix 1. This Addendum incorporates by reference all provisions of the original MOU.

**EFFECTIVE DATE AND TERMINATION.** The terms of Addendum B will become effective on the date on which it is signed by all Parties. It may be terminated for the same reasons set out in the original MOU.

The foregoing represents the entire understanding reached by TSA and TSC.

**APPROVED BY:**

_____   12/8/06
Stephanie Rowe                Date
Assistant Administrator
Transportation Threat Assessment and Credentialing
Transportation Security Administration


_____   12/14/2006
Richard S. Kopel              Date
Acting Director
Terrorist Screening Center

UNCLASSIFIED//FOR OFFICIAL USE ONLY

SALLOUM-TSC-00227

Elhady_FBITSC-PRIV004400

UNCLASSIFIED//FOR OFFICIAL USE ONLY

## APPENDIX 1

### List of Programs Under Which TSA May Use TSDB Records and Data to Conduct Security Threat Assessments

A. <u>TSA Federal and Contract Screeners</u>

TSA performs security threat assessments in connection with the agency's suitability determinations for individuals employed in or applying for a position as a TSA security screener, either as a Federal employee or an employee of a contractor performing federal screening functions on behalf of TSA. *See* 49 U.S.C. §§ 114(f), 44919(f), 44920(c), and 44936 (TSA screeners approximately 60,000 overall, subject to perpetual vetting; TSA screener applicants approximately 1,000 per month, not perpetually vetted).

B. <u>TSA Non-Screener Employees</u>

TSA performs security threat assessments for non-screener employees and applicants in connection with the agency's suitability determinations for those individuals. *See* 49 U.S.C. § 114 (approximately 5,000 overall, subject to perpetual vetting).

C. <u>Employees of TSA Contractors</u>

TSA performs security threat assessments for non-Federal employees who work under classified and unclassified contracts in support of TSA and have access to unclassified information, TSA facilities or space, and to TSA information systems. *See* 49 U.S.C. § 114(f) (approximately 5,000 overall, subject to perpetual vetting).

D. <u>Individuals with Airport Personnel Identification Media</u>

TSA performs security threat assessments for individuals who have or are seeking airport personnel identification media, for any purpose, including but not limited to access to an Air Operations Area, Secured Area, SIDA, Sterile Area, and any public area such as taxi drivers, parking lot attendants, vendors, and shuttle bus drivers who have a personnel identification medium issued by the Airport Operator (approximately 1,500,000 overall). *See* 49 U.S.C. §§ 114(f)(12), 44903(j)(2)(D)(ii), 44936.

E. <u>Flight Crews and Passengers Who Request Waivers of Airspace Restrictions</u>

TSA performs security threat assessments for flight crew members and passengers who request waivers of temporary flight restrictions (TFRs) or other restrictions pertaining to airspace established by the Federal Aviation Administration, including for special events. Restricted airspace includes areas of airspace over the Washington, DC metropolitan area, including Ronald Reagan National Airport, and over stadiums during nationwide sporting events for major league baseball, NFL, NCAA Football or NASCAR

UNCLASSIFIED//FOR OFFICIAL USE ONLY

UNCLASSIFIED//FOR OFFICIAL USE ONLY

(*i.e.*, any event providing seating for 30,000 spectators or more). *See* 49 U.S.C. § 114(f); Vision 100 – Century of Aviation Reauthorization Act, Pub. L. 108-176 (Vision 100) Section 823; 49 C.F.R. part 1562 (approximately 60,000 per year).

F. <u>Aliens and Other Designated Candidates Seeking Flight Instruction</u>

TSA performs security threat assessments in connection with eligibility determinations for all aliens and other designated candidates seeking flight instruction on certain aircraft at Federal Aviation Administration (FAA) regulated schools in the United States. *See* Vision 100 – Century of Aviation Reauthorization Act, Pub. L. 108-176 (Vision 100) Section 612, 49 U.S.C. 44939 (approximately 1000 per week).

G. <u>Crew Members on International Flights</u>

TSA performs security threat assessments for all crew members, other individuals traveling on the flight deck on commercial passenger flights, and non-crew members on all-cargo flights, where the flights operate into, out of, and over the United States and its territories. *See* 49 U.S.C. § 114(d)(1), (f), 44936; 19 C.F.R. part 122 (flight crew manifests approximately 38,000 per day, not perpetually vetted; master crew list approximately 700,000 overall, subject to perpetual vetting).

H. <u>Federal Flight Deck Officers</u>

TSA performs security threat assessments for Federal Flight Deck Officer (FFDO) candidates, who apply to voluntarily serve to defend flight decks of passenger aircraft against acts of criminal violence and air piracy. *See* 49 U.S.C. §§ 44921, 44936. (up to 13,780 annually)

I. <u>Registered Traveler Program</u>

TSA performs security threat assessments for applicants for, and participants in, the Registered Traveler Pilot Program. The Registered Traveler (RT) Pilot Program tests the use of biometric technology in conjunction with prescreening security threat assessments as a means of expediting screening procedures at airports for qualified individuals. The RT pilots were initiated at six airports nationwide, including one private sector pilot in Orlando, Florida. Currently, 30,000 participants in the Orlando pilot are vetted and subject to perpetual vetting. This number could potentially increase to 60,000.. At present, the five federally managed RT pilots have ceased operations. The pilot program in Orlando, Florida continues to operate as a pilot, and TSA will introduce additional pilots in late 2006 (TSA expects to have a population of approximately 400,000 within a year, subject to perpetual vetting). *See* Aviation and Transportation Security Act (ATSA), Pub. L. 107-71, §109(a)(3); 49 U.S.C. §§ 114, 44903(h)(6).

UNCLASSIFIED//FOR OFFICIAL USE ONLY

SALLOUM-TSC-00229

Elhady_FBITSC-PRIV004402

UNCLASSIFIED//FOR OFFICIAL USE ONLY

J. <u>Individuals Applying for or Renewing Hazardous Materials Endorsements to Commercial Driver's Licenses</u>

TSA performs security threat assessments for individuals seeking to apply for, renew or transfer a hazardous materials endorsement to their state-issued commercial driver's license. *See* 49 U.S.C. §§ 114(f), 5103a (approximately 26,000 new applicants per month; currently, approximately 600,000 overall subject to perpetual vetting; total population approximately 2.7 million overall, eventually subject to perpetual vetting).

K. <u>Transportation Worker Identification Credential (TWIC) Program</u>

TSA will perform security threat assessments for individuals applying for and participating in the TWIC program. The TWIC program is designed to control unescorted access of individuals to secure areas to the Nation's vessels and maritime facilities, and other secure areas of the Nation's transportations systems. *See* 49 U.S.C. § 114(f); 46 U.S.C. §70105. (TSA expects to publish a final rule by the end of 2006.) After initial TWIC issuance, TWICs will be reissued every five years. TSA estimates that the population to be vetted in the first two years of operation of the program will be approximately 450,000 annually. In the following three years, the population to be vetted would average approximately 95,000.

L. <u>Federal Aviation Administration Airman Certificate Applicants and Holders and Revocations of Airman Certificates</u>

TSA performs security threat assessments for individuals who apply for and/or hold a Federal Aviation Administration (FAA) Airman certificate. These individuals include pilots, mechanics, dispatchers, flight instructors, and others certificated by the FAA. TSA also performs security threat assessments for certificate holders who are determined to be eligible for certificate revocation. *See* 49 U.S.C. §§ 114, 44903(j)(2)(D)(i) (Approximately 4 million individuals in the entire FAA Airman Certificate Registry, who will be subject to perpetual vetting; 37 revoked or in the process of revocation to date).

M. <u>General Aviation at Ronald Reagan National Airport (DCA)</u>

TSA performs security threat assessments required for aircraft operators to obtain flight authorizations for operations into or out of DCA. TSA conducts security threat assessments on security coordinators along with each flight crew member, armed security officers, and each additional passenger who will be on board any aircraft operated under a flight authorization into or out of DCA. Under this program, aircraft operators and fixed base operators are required to designate security coordinators who are responsible for implementing certain required security measures. *See* 49 U.S.C. § 114(f); Vision 100 – Century of Aviation Reauthorization Act, Pub. L. 108-176 (Vision 100) Section 823; 49 C.F.R. part 1562 (approximately 2,025 overall, subject to perpetual vetting).

UNCLASSIFIED//FOR OFFICIAL USE ONLY

UNCLASSIFIED//FOR OFFICIAL USE ONLY

N. "Maryland Three" MD-3 airports

TSA performs security threat assessments for pilots who are seeking permission to fly to and out of the College Park, Hyde, and Potomac airports. *See* 49 USC § 114 (approximately 500 overall, eventually subject to perpetual vetting).

O. Pilots of Aircraft over 12,500 pounds

TSA performs security threat assessments on pilot who fly aircraft that weigh 12,500 pounds or greater. *See* 49 U.S.C. §114 (approximately 35,000 overall, eventually subject to perpetual vetting; approximately 100 new applicants per month).

P. Individuals aboard Aircraft about which TSA has Specific Intelligence

TSA performs security threat assessments for individuals on board aircraft entering or within U.S. airspace about which TSA has specific intelligence of a threat or a report of suspicious activity. *See* 49 U.S.C. § 114(f).

Q. Individuals Seeking Access to Sensitive Security Information (SSI)

TSA performs security threat assessments on individuals for whom TSA makes access to SSI contingent on successful completion of a threat assessment, including a limited number of individuals representing parties seeking access to SSI in federal civil court proceedings. *See* 49 U.S.C. §§ 114(f), (s); Department of Homeland Security Appropriations Act of 2007, P.L. 109-295, Section 525(d); 49 CFR § 1520.11(c) (approximately 100 people annually).

UNCLASSIFIED//FOR OFFICIAL USE ONLY

SALLOUM-TSC-00231

Elhady_FBITSC-PRIV004404