UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL SALLOUM,

      Plaintiff,                                        Case No. 19-cv-13505
                                                                Hon. Matthew F. Leitman

v.

CHARLES KABLE IV, *et al.*,

      Defendants.
_____/

## JUDGMENT

In accordance with the Order entered on this day and on December 18, 2020,

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of

Defendants and against Plaintiff.

                                    KINIKIA ESSIX
                                    CLERK OF COURT

                    By:   s/Holly A. Ryan
                          Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  March 4, 2024
Detroit, Michigan

1